# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

David Platon

     v.                                      Case No. 11-cv-495-SM

US Social Security Administration, Commissioner

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Motion to Proceed in Forma Pauperis in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion to Proceed in Forma Pauperis.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion to Proceed in Forma Pauperis, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                  /s/ Landya B. McCafferty
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge

Date:  October 26, 2011

cc:     David Platon