UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David Platon</u>

     v.                                       Case No. 11-cv-495-SM

<u>US Social Security Administration, Commissioner</u>

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      The Motion to Proceed in Forma Pauperis in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion to Proceed in Forma Pauperis.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion to Proceed in Forma Pauperis, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                        /s/ Landya B. McCafferty
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date:  October 26, 2011

cc:     David Platon